IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| TONYA L. TATI,<br><br>    Plaintiff,<br><br>v.<br><br>BEST CARE TRANSPORT SERVICES, LLC, COMFORT CARE TRANSPORT SERVICES, INC, and LINDA KENNEY,<br><br>    Defendants. | Civil Action No.<br>4:11-CV-246-HLM |

DECLARATION OF KEVIN D. FITZPATRICK, JR

1.

This Declaration is based upon my personal knowledge and is offered in support of the Parties' Joint Motion to Approve Settlement Agreement.

2.

Charles R. Bridgers and I served as co-lead counsel for the Plaintiff in the above styled case.

3.

Both Parties were represented by counsel who are experienced in litigating matters under the Fair Labor Standards Act.

4.

Discovery was completed prior to the negotiation, formation and execution of the Settlement Agreement and Release of Claims. The Parties exchanged relevant documents, answered interrogatories and conducted a deposition of the Defendant.

5.

The Parties disputed the likelihood of Plaintiff's eventual success on the merits. In particular, the parties disputed the number of hours of overtime that Plaintiff worked.

6.

The amount of back pay and liquidated damages set forth in the Settlement Agreement and Release of Claims totals $9,680.90. This amount is a compromise between the positions of the Parties.

7.

The Settlement Agreement and Release of Claims provides for Defendant to reimburse Plaintiff for her attorneys' fees and costs in the amount of $38,689.42. This, too, is a compromise. As of date of filing this motion, Plaintiff counsel's time records show that she has incurred $63,233.31 in attorney's fees and $926.15 in costs.. Attorney's fees accrued at a rate of $350 per hour for Mr. Bridgers and

Mr. Fitzpatrick, $85 per hour for paralegals and $45 per hour for legal assistants. These rates are reasonable for personnel of like experience in this geographic area and legal specialty. Costs were billed at the exact amount incurred. The amount of attorneys' fees and costs set forth in the Settlement Agreement and Release represents legal work that was reasonably necessary to the prosecution of this case.

8.

Mr. Bridgers has been practicing law since his graduation, *cum laude*, from Georgia State College of Law in 1993. He is admitted in all state courts in Georgia, the United States District Court for the Northern and Middle Districts of Georgia, as well as the United States Court of Appeals for the Third, Sixth, and Eleventh Circuits. He has practiced employment law since approximately 1996 and have been a presenter on Overtime Requirements and Exemptions, State and Federal Personnel Law, and Hiring and Firing in Georgia. He holds an AV rating in the Martindale-Hubble Law Directory. He has practiced in the Atlanta metropolitan area since his admission to the bar. A significant portion of his practice consists of representing employees in all aspects of employment matters with a major emphasis in the Fair Labor Standards Act.

9.

I am a 1982 graduate of the Emory University School of Law, where I was awarded the Labor and Employment Law Award. I received my B.A., *cum laude*,

from Oglethorpe University in 1978. I am admitted in all state courts in Georgia, the United States District Court for the Northern and Middle Districts of Georgia, as well as the United States Court of Appeals for the Eleventh Circuit and the United States Supreme Court. I have been a labor and employment lawyer for 30 years, including 5 as regional counsel for the Communications Workers of America and 16 as a staff attorney for the Air Line Pilots Association. For the past nine years, I have been in private practice in conjunction with the law firm of Delong, Caldwell, Bridgers and Fitzpatrick, LLC, with an emphasis on employment law. My legal expertise includes the Fair Labor Standards Act, the National Labor Relations Act, the Railway Labor Act, the Civil Rights Acts of 1964 and 1991, the Occupational Safety and Health Act, and the Employee Retirement and Security Act. I also served as a labor arbitrator on the US Airways Pilots System Board of Adjustment.

10.

I am familiar with the legal rates typically charged in the Atlanta metropolitan area.

11.

The hourly rates charged in this matter are reasonable considering the rates charged by attorneys and other legal staff in Atlanta in employment cases, our expertise in employment cases, our willingness to accept such cases on a

contingent hourly fee basis, and the degree of difficulty normally encountered in employment cases.

12.

The attorneys' fees and costs that were incurred were both reasonable and necessary to prosecute this case to a successful conclusion.

I declare under penalty of perjury, pursuant to 28 U.S.C. §1746 that the foregoing is true and correct.

_____ October 14, 2013
Kevin D. Fitzpatrick, Jr.