IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

TONYA L. TATI,

    Plaintiff,

v.

BEST CARE TRANSPORT
SERVICES, LLC,
LINDA KENNEY, and
COMFORT CARE TRANSPORT
SERVICES, INC.,

    Defendants.

CIVIL ACTION FILE
NO. 4:11-CV-0246-HLM

### ORDER

This case is before the Court on the Parties' Joint Motion for Settlement Review and Approval [101].

On October 6, 2011, Plaintiff filed an application for leave to proceed in forma pauperis. (Docket Entry No. 1.) On October 11, 2011, United States Magistrate Judge Walter E. Johnson granted Plaintiff permission to proceed in forma pauperis, and the Clerk filed Plaintiff's Complaint. (Docket Entry Nos. 3-4.) Plaintiff sought

AO 72A
(Rev.8/8
2)

compensation for unpaid overtime compensation under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). (Compl. (Docket Entry No. 4).)

The case proceeded to a mediation hearing before Judge Johnson on August 23, 2013. (Unnumbered Docket Entry Dated Aug. 19, 2013.) During that mediation hearing, the Parties reached an agreement to settle this action. (Joint Mot. Settlement Review & Approval (Docket Entry No. 101) ¶ 4.) On October 15, 2013, the Parties filed their Joint Motion for Settlement Review and Approval, voluntarily seeking to settle, and eventually dismiss, this case. (Docket Entry No. 101.)

The Court has reviewed the Parties' Settlement Agreement and Full and Final Release of All Claims (the "Settlement Agreement") (Docket Entry No. 101-1), and finds that the terms of that agreement are fair, reasonable, and satisfactory. See Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350, 1353 (11th Cir.

2

AO 72A
(Rev.8/8
2)

1982) (requiring court to scrutinize settlement of private action for back wages under FLSA for fairness). The Court also has reviewed the Declaration of Kevin D. Fitzpatrick, Jr., Plaintiff's counsel (Docket Entry No. 101-2), and finds that the rates charged by Plaintiff's counsel are reasonable and customary. The Court consequently grants the Parties' Joint Motion for Settlement Review and Approval, and approves the Settlement Agreement.

ACCORDINGLY, the Court **GRANTS** the Parties' Joint Motion for Settlement Review and Approval, **APPROVES** the Settlement Agreement [101-1], and incorporates the Settlement Agreement into this Order. The Court will retain jurisdiction over this matter until the payments set forth in Paragraph 1 of the Settlement Agreement have been made. The Court **DIRECTS** the Clerk to **ADMINISTRATIVELY TERMINATE** this action pending the Parties' fulfillment of the terms of Paragraph 1 of the Settlement Agreement.

AO 72A
(Rev.8/8
2)

If the Parties do not fulfill their obligations under the Settlement Agreement, they may petition the Court to re-open this action.

IT IS SO ORDERED, this the 16 day of October, 2013.

_____
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/8
2)